IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN R. DEWITT,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　4:21cv311–WS/MAF

WARDEN DAVID MADDOX,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 24) docketed October 18, 2022. The magistrate judge recommends that Defendant's motion for summary judgment (ECF No. 19) be denied. No objections to the report and recommendation have been filed.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 24) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's motion for summary judgment (ECF No. 19) is DENIED.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __28th__ day of __November__, 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE